**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**NICKIE LASHLLE GRISBY**                                                         **PLAINTIFF**

**v.**                                            **Case No. 4:26-cv-00125-LPR**

**GALA ISHMEL ROBINSON**
**and AVERY**                                                                    **DEFENDANTS**

## ORDER

Plaintiff Nickie Grisby filed this action *pro se* without paying the $405.00 filing fee or submitting a completed Application to Proceed Without Prepayment of Fees and Affidavit.[1]  On February 5, 2026, the Court entered an Order directing Plaintiff to, within 45 days, either pay the filing fee or file a complete application to proceed *in forma pauperis*.[2]  The Court warned Plaintiff that failure to comply with the Order would result in the dismissal of Plaintiff's Complaint without prejudice.[3]  Plaintiff has not complied with, or otherwise responded to, the Court's February 5th Order, and the time for doing so has expired.[4]

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 30th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* Compl. (Doc. 1).

[2] Order (Doc. 3).

[3] *Id*.

[4] It appears that the file-marked copy of the Court's Order that was mailed to Ms. Grisby's last-known address was returned to the Court as undeliverable.  *See* Doc. 4.  It is Ms. Grisby's duty to maintain a current address with the Court.  *See* Local Rule 5.5(c)(2).  Failure to respond in a timely manner to a communication from the Court may constitute grounds for dismissal.  *Id*.