IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NICKIE LASHLLE GRISBY                                           PLAINTIFF

v.                              Case No. 4:26-cv-00125-LPR

GALA ISHMEL ROBINSON
and AVERY                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered today and previous Orders in this case, it is

CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED

without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma*

*pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 30th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE